

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                     312-435-5670
**Clerk**

Date: 8/24/22

Clerk
United States District Court
Western District of Texas

Re: D.A. et al v. United States et al

USDC Case Number: 20cv3082

Dear Clerk:

Pursuant to the order entered by Honorable **Martha M. Pacold**, on 8/11/22, the above record was

        X     electronically transmitted to Western District of Texas

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

        Sincerely,
        Thomas G. Bruton, Clerk

        By:    /s/ G. Young
               Deputy Clerk

New Case No. _____         Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016