IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA GONZALES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. EP-22-CV-295-KC |
| UNITED STATES OF AMERICA; HEARTLAND ALLIANCE FOR HUMAN NEEDS AND HUMAN RIGHTS; and HEARTLAND HUMAN CARE SERVICES, INC., | § § § § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. Upon due consideration and with the consent of the receiving Judge, the Court finds that this cause should be transferred to the docket of Judge Frank Montalvo.

Accordingly, the Court **ORDERS** that the above-captioned cause be **TRANSFERRED** to the docket of United States District Judge Frank Montalvo. Pursuant to the most recent Order Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SO ORDERED.

SIGNED on this ___ day of September, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ACCEPTED:

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE