UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA GONZALES,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§   EP-22-CV-00295-FM<br>§<br>§<br>§ |

## NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

Notice is hereby given that the undersigned counsel will appear as co-counsel for the Defendant United States of America, in the above-entitled and numbered cause.

Respectfully submitted,

**JAIME ESPARZA**
UNITED STATES ATTORNEY

/s/ Angelica A. Saenz
**ANGELICA A. SAENZ**
Assistant United States Attorney
Texas State Bar No. 24046785
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
Email: Angelica.Saenz@usdoj.gov
*Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants: Anand Swaminathan, Stephen H. Weil, Joe A. Spencer, Zachary Manfredi, and Ming Tanigawa-Lau, *Attorneys for Plaintiffs.*

/s/ Angelica A. Saenz
**ANGELICA A. SAENZ**
Assistant United States Attorney