UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA-GONZALES, | § § § § | |
| Plaintiffs, | § | EP-22-CV-00295-FM |
| v. | § § § | |
| UNITED STATES of AMERICA, | § § § | |
| Defendant. | § | |

## ORDER FOR PROPOSED SCHEDULING ORDER

Following this court's ruling on Defendant's Motion to Dismiss, a scheduling order is now required pursuant to Federal Rule of Civil Procedure 26(f) and local Court Rule CV-16(c). Accordingly, it is **HEREBY ORDERED** that Plaintiffs confer with Defendant and that the parties jointly submit a proposed scheduling order for the court's consideration no later than **April 17, 2023.**

**SIGNED AND ENTERED** this **29th** day of **March 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

1