UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA GONZALES, §§§§<br><br>Plaintiffs, §<br><br>v. §§<br><br>UNITED STATES of AMERICA, §§<br><br>Defendant. §§ | EP-22-CV-00295-FM |

## ORDER GRANTING EXTENSION OF TIME FOR PROPOSED SCHEDULING ORDER

Before the court is "Joint Motion for Extension of Time to File Federal Rule of Civil Procedure 26(f) Report" ("Motion") [ECF No. 130], filed April 6, 2023, by the parties jointly. Therein, the parties request an extension of time to file their Rule 26(f) report and proposed scheduling order.[1] After due consideration, the court finds good cause to grant the Motion.

Accordingly:

1. It is **HEREBY ORDERED** that "Joint Motion for Extension of Time to File Federal Rule of Civil Procedure 26(f) Report" [ECF No. 130] is **GRANTED**.

2. It is **FURTHER ORDERED** that the parties jointly submit a proposed scheduling order for the court's consideration no later than **Monday May 15, 2023**.

**SIGNED AND ENTERED** this **6th** day of **April 2023**.

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Joint Motion for Extension of Time to File Federal Rule of Civil Procedure 26(f) Report" 1, ECF No. 130, filed April 6, 2023.

1