UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA GONZALES, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. | § § § § § § § § § <br><br> EP-22-CV-00295-FM |

### DEFENDANT'S NON-CONSENT TO MAGISTRATE DOCKETING

Defendant, United States of America, states it respectfully declines the opportunity to place this matter on the Magistrate Judge's Docket.

Respectfully submitted,

**JAIME ESPARZA**
UNITED STATES ATTORNEY

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney
Texas State Bar No. 24041817
Email: Manuel.Romero@usdoj.gov
**ANGELICA A. SAENZ**
Texas State Bar No. 24046785
Email: Angelica.Saenz@usdoj.gov
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
*Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants: Anand Swaminathan, Stephen H. Weil, Joe A. Spencer, Zachary Manfredi, Ming Tanigawa-Lau, Annie Prossnitz, and Marcela Johnson, *Attorneys for Plaintiffs*.

              /s/ Manuel Romero
              **MANUEL ROMERO**
              Assistant United States Attorney