UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA GONZALES, <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | § § § § § § § § § | EP-22-CV-00295-FM |

## DEFENDANT'S ADVISORY TO THE COURT

Defendant, United States of America, files this Notice to the Court and would show the following:

1. Pursuant to the Court's Scheduling Order in this case, Defendant's written response to Plaintiffs' settlement offer is due on or before June 28, 2023. ECF No. 137, ¶ 2.

2. The Parties agreed to a three-week extension to Defendant's deadline to respond to Plaintiffs' offer of settlement. Defendant's written response is now due on or before July 19, 2023.

3. Pursuant to the Court's Scheduling Order, this Advisory is filed to inform the Court of this agreement.

Respectfully submitted,

**JAIME ESPARZA**
UNITED STATES ATTORNEY

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney
Texas State Bar No. 24041817
Email: Manuel.Romero@usdoj.gov
**ANGELICA A. SAENZ**
Texas State Bar No. 24046785
Email: Angelica.Saenz@usdoj.gov
700 E. San Antonio, Ste. 200
El Paso, Texas 79901

Office: (915) 534-6555
Facsimile: (915) 534-3490
*Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants: Anand Swaminathan, Stephen H. Weil, Joe A. Spencer, Zachary Manfredi, Ming Tanigawa-Lau, Annie Prossnitz, and Marcela Johnson, *Attorneys for Plaintiffs*.

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney