UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA-GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES of AMERICA,<br><br>Defendant. | EP-22-CV-00295-FM |

**ORDER DENYING JOINT MOTION TO STAY DISCOVERY DEADLINES**

Before the court is "Joint Motion to Stay Discovery and Deadlines" [ECF No. 163], filed April 18, 2024, by the parties jointly. Therein, the parties notified the court that they "have reached an agreement in principle that contemplates resolution of all of Plaintiffs' remaining claims."[1] While a mutual resolution between the parties is a positive turn, the parties cannot ask for an indefinite stay on these grounds. The parties joint motion calls for the stay of all scheduling deadlines and discovery without setting out a time frame for the stay.[2] The parties cannot park their case on a Federal Court's docket while they "get to things" on their own time. Courts and parties are tasked with the "just," and "speedy" determination of every action.[3] The parties may choose to file a joint motion which sets out a specific timeframe for this court to consider.

---

[1] "Joint Motion to Stay Discovery and Deadlines" 1, ECF No. 163, filed April 18, 2024.

[2] *Id.*

[3] FED. R. CIV. P. 1.

1

Accordingly, it is **HEREBY ORDERED** that the parties "Joint Motion to Stay Discovery and Deadlines" [ECF No. 163] is **DENIED**.

**SIGNED AND ENTERED** this **19th** day of **April 2024.**

_____
**FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE**