UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA-GONZALES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES of AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § EP-22-CV-00295-FM |

### ORDER GRANTING JOINT MOTION TO STAY

Before the court is "Joint Motion to Stay Discovery and Deadlines" [ECF No. 165], filed April 22, 2024, by the parties jointly. This motion followed the court's order denying the parties' last request for an indefinite stay.[1] In that order, the court reminded the parties of their obligation to pursue a just and speedy determination of this cause.[2] In the parties' latest motion, they no longer request an indefinite stay but instead a sixty day stay.[3] They argue that this stay is necessary in order to come to an agreement on the formal written document and obtain agency approval of the settlement. The court finds cause to grant this stay, accordingly,

1. It is **HEREBY ORDERED** that "Joint Motion to Stay Discovery and Deadlines" [ECF No. 165] is **GRANTED**.

2. It is **FURTHER ORDERED** that this cause will be **STAYED** for **SIXTY DAYS**.[4]

**SIGNED AND ENTERED** this **23rd** day of **April 2024.**

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "Order Denying Joint Motion to Stay Discovery Deadlines" 1–2, ECF No. 164, entered April 19, 2024.

[2] *Id.*

[3] "Joint Motion to Stay Discovery and Deadlines" 1, ECF No. 165, filed April 22, 2024.

[4] The Stay will come to an end on Monday, June 24, 2024.

1