UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

HONORABLE FRANK MONTALVO §
§
§
§
§

## STANDING ORDER

Senior United States District Judge Frank Montalvo will be going into inactive status on July 1, 2024. To facilitate the transition of cases to United States District Judge Leon Schydlower and his staff, these matters are transferred on this date.

Accordingly, it is **HEREBY ORDERED** that the cause numbers listed below are **TRANSFERRED** to the docket of United States District Judge Leon Schydlower:

- 18cv348
- 19cv338
- 22cv69
- 22cv86
- 22cv226
- 22cv295
- 22cv301
- 22cv304
- 22cv403
- 22cv439
- 22cv477
- 23cv44
- 23cv205
- 23cv235
- 23cv277
- 23cv280
- 23cv322
- 23cv328
- 23cv336
- 23cv364
- 23cv457
- 23cv459
- 23cv468
- 24cv31

1

- 24cv62
- 24cv80
- 24cv84
- 24cv85
- 24cv88
- 24cv99
- 24cv119
- 24cv137
- 24cv139

**SIGNED AND ENTERED** this **6th** day of May 2024.

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE


_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE