IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA-GONZALES, | ) ) ) | |
| Plaintiff, | ) ) ) | EP-22-CV-00295-FM |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## JOINT ADR REPORT TO THE COURT

Plaintiffs Lucinda del Carmen Padilla-Gonzales, D.A., and A.A and Defendant United States of America hereby report, pursuant to Local Rule CV-88(g), that the Parties reached a settlement in principle that contemplates the resolution of all of Plaintiffs' remaining claims against Defendant United States of America. Defendant has provided Plaintiff with a Stipulation for Compromise Settlement. Plaintiff anticipates imminently filing a Motion for Approval of the Minor Plaintiff's Settlement to the Court. Subject to the Court's approval, Defendant may then submit the Settlement Agreement to the United States Department of Justice for its approval.

Respectfully submitted,

July 8, 2024

| | |
|---|---|
| /s/ Annie Prossnitz | /s/ Allison C. Reppond |
| | *Counsel for United States of America* |
| **STEPHEN WEIL*** | |
| Il Bar No. 6291062 | **ALLISON C. REPPOND** |
| Email: weil@loevy.com | Email: Allison.Reppond@usdoj.gov |
| **ANAND SWAMINATHAN*** | U.S. Attorney's Office for the Western |
| NY Bar No. 4511770 | District of Louisiana |
| Email: anand@loevy.com | 300 Fannin Street |
| **ANNIE PROSSNITZ** | Suite 3201 |
| IL Bar No. 6336590 | Shreveport, LA 71101 |
| Email: prossnitz@loevy.com | Office: 318-676-3600 |
| LOEVY & LOEVY | *Attorney for Defendant United States of America* |
| 311 N. Aberdeen | |
| Chicago, Illinois 60607 | |
| (312) 243-5900 | |

**JOE A. SPENCER**
TX Bar No. 18921800
Joe A. Spencer Attorney & Counselor at Law
1009 Montana Ave.
El Paso, TX 79902
Office: (915) 532-5562
Email: Joe@joespencerlaw.com
*Attorneys for Plaintiffs*