IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| D.A., A.A., and LUCINDA DEL CARMEN PADILLA-GONZALES, | ) ) ) | |
| Plaintiff, | ) ) | EP-22-CV-00295-LS |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## AGREED ORDER

Pending before the Court is the Plaintiffs' Motion for Court Approval of Settlement of Minor's Claims. After reviewing the motion, the applicable law, and Plaintiffs' arguments, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED:

1. The Court approves the settlement of this action.

2. The Court approves the allocation of the settlement proceeds as requested between Lucinda Padilla-Gonzales, D.A., and A.A. (to be split equally).

3. The Court approves placement of A.A.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until A.A. reaches the age of 21.

4. The Court approves attorney's fees to Loevy & Loevy in the amount of $63,000, as well as costs to Loevy & Loevy in the amount of $13,262, to be paid out of the settlement.

5. Plaintiffs' counsel shall coordinate with A.A. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of A.A. and shall report back to the Court once funding is completed.

6. The parties shall file the dismissal documents by **September 27, 2024**.

Signed on the 17th day of August 2024, El Paso, Texas.

_____

**THE HONORABLE LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**